**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

HECTOR GENARO PACHECO,           )
                                 )
                Petitioner,      )   Case No. SACV 13-1095 BRO (AJW)
                                 )
          v.                     )
                                 )   ORDER ACCEPTING REPORT AND
F. FOULK, WARDEN,                )   RECOMMENDATION OF
                                 )   MAGISTRATE JUDGE
                Respondent.      )
_____)

     The Court has reviewed the entire record in this action, the
Report and Recommendation of Magistrate Judge ("Report"), and
petitioner's objections. The Court accepts the findings of fact,
conclusions of law, and recommendations contained in the Report after
having made a <u>de novo</u> determination of the portions to which
objections were directed.

     DATED:  July 9, 2014

                                 _____
                                 Beverly Reid O'Connell
                                 United States District Judge