
**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **HECTOR GENARO PACHECO,** | Case No. SACV 13-1095-BRO(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **F. FOULK, Warden,** | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: July 9, 2014

_____
Beverly Reid O'Connell
United States District Judge